UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Nam Ngoc TRAN, | Case No.: 25-cv-2366-AGS-KSC |
|---|---|
| Petitioner, | **ORDER GRANTING AMENDED HABEAS CORPUS PETITION (ECF 11) AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (ECF 9)** |
| v. | |
| Christopher LaROSE, Warden at Otay Mesa Detention Center, et al., | |
| Respondents. | |

For the reasons stated on the record at the October 29, 2025 hearing, petitioner Nam Ngoc Tran's amended petition for a writ of habeas corpus is **GRANTED** because the government violated its own regulations in re-detaining him. His motion for a temporary restraining order is **DENIED as moot**.

Respondents are ordered to immediately release Tran from custody subject to the conditions of the Order of Supervision that was in place before ICE re-detained him in August 2025.

Dated:  October 29, 2025

_____
Hon. Andrew G. Schopler
United States District Judge