# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Nam Ngoc Tran

**Petitioner**

**V.**

See Attachment

**Respondent.**

**Civil Action No.** 25-cv-02366-AGS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner Nam Ngoc Tran's amended petition for a writ of habeas corpus is GRANTED because the government violated its own regulations in re-detaining him. His motion for a temporary restraining order is DENIED as moot. The case is hereby closed.

**Date:** 2/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-02366-AGS-KSC

Respondents:
Christopher J. LaRose
in his official capacity as Warden of Otay Mesa Detention Center
Patrick Divver
in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations
Todd Lyons
in his official capacity as Acting Director of Immigration and Customs Enforcement
Kristi Noem
in her official capacity as Secretary of Homeland Security